UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ALCON LABORATORIES, INC. and
ALCON RESEARCH, LTD.;
            Plaintiffs,

      v.

BAUSCH & LOMB INC.,
            Defendant.
_____

**ORDER**
17-MC-6005

Currently pending before the Court are plaintiffs' motion to compel and to seal, and defendant's motion to seal. Docket ## 1, 2, 16. Defendant Bausch & Lomb filed in response a motion to transfer venue and to stay the proceedings. Docket # 8. Defendant argues that transfer is warranted because the underlying case in this action has been pending in the District of Delaware for two years, and as such, that court is more familiar with and better equipped to handle these motions. Id. Plaintiffs have responded by letter that they do not oppose defendant's motion to transfer venue. Docket # 19. Given defendant's consent to transfer, and with no objection from plaintiffs, it is so

ORDERED that this action, including all pending motions, be transferred to the United States District Court for the District of Delaware pursuant to Federal Rule of Civil Procedure 45(f).

**IT IS SO ORDERED.**

                                              _____
                                              Jonathan W. Feldman
                                              United States Magistrate Judge

Dated: June 30, 2017
       Rochester, New York